IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DESHUN ZHENG,<br><br>*Petitioner*,<br><br>v.<br><br>MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY, U.S. ATTORNEY GENERAL; TODD LYONS, IN HIS OFFICIAL CAPACITY ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; BRET BRADFORM, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE U.S. FIELD OFFICE OF IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN OF THE IAH SECURE ADULT DETENTION FACILITY; AND DAREN K. MARGOLIN, DIRECOTR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:26-CV-00543<br>JUDGE MICHAEL J. TRUNCALE |

## <u>ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES</u>

Before the Court is Petitioner Deshun Zheng's Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court has reviewed the Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file an Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 10th day of August, 2026.**

_____
Michael J. Truncale
United States District Judge