IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DESHUN ZHENG, *Petitioner*, v. MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY, U.S. ATTORNEY GENERAL; TODD LYONS, IN HIS OFFICIAL CAPACITY ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT; BRET BRADFORM, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE U.S. FIELD OFFICE OF IMMIGRATION AND CUSTOMS ENFORCEMENT; WARDEN OF THE IAH SECURE ADULT DETENTION FACILITY; AND DAREN K. MARGOLIN, DIRECOTR OF THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *Respondents*. | § | CIVIL ACTION NO. 9:26-CV-00543<br>JUDGE MICHAEL J. TRUNCALE |

**SECOND ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES**

Before the Court is Petitioner Deshun Zheng's Amended Petition for Writ of Habeas Corpus. [Dkt. 5]. The Court has reviewed the Amended Petition and finds it to be in violation of Local Rule CV-7(a).

It is therefore **ORDERED** that Petitioner file a Second Amended Petition curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED this 27th day of August, 2026.**

Michael J. Truncale
United States District Judge